No. 10–1401.  TAPERE VIRTUCIO v. HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–1402.  JEFFERSON COUNTY SCHOOL BOARD OF COMMISSIONERS ET AL. v. SMITH ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–1408.  MORK v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 10–1409.  SOUSA v. ROQUE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–1412.  C. W. MINING CO. v. AQUILA, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–1414.  SIMMONS v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 10–1415.  HARTMAN v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 10–1416.  HARTMAN v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 10–1418.  HALEY v. LEARY.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 10–1421.  VERNOR v. AUTODESK, INC.  C. A. 9th Cir.  Certiorari denied.

No. 10–1422.  TROYER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–1423.  NOTO v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 10–1424.  DELGADO v. CITY OF RIVERSIDE, CALIFORNIA, ET AL.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 10–1425.  EIST v. MARYLAND STATE BOARD OF PHYSICIANS.  Ct. App. Md.  Certiorari denied.